## Attention Judge Jack B. Weinstein:

### Tomici v. City of New York

| | |
|---|---|
| **Defendant:** | City of New York |
| **Plaintiff:** | Loredana Tomici |
| | |
| **Case Number:** | 1:2011cv02173 |
| **Filed:** | May 4, 2011 |
| | |
| **Court:** | New York Eastern District Court |
| **Office:** | Brooklyn Office |
| **Referring Judge:** | Cheryl L. Pollak |
| **Presiding Judge:** | Jack B. Weinstein |
| | |
| **Nature of Suit:** | Civil Rights: Other |
| **Cause of Action:** | 28:1331 Fed. Question |
| **Jury Demanded By:** | Plaintiff |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 06 2014 ★
BROOKLYN OFFICE

My name is Loredana Tomici and I am the plaintiff in the case listed above. It has come to my attention that a certain document, document 48 to be exact, is publicly available and easily accessible online to anyone that knows my first and last name. These pages contain private, personal information about me, my health and my employment history with the New York City Department of Education. I am inquiring about the procedures needed to either reissue the opinion, remove or redact information I wish to conceal or have all the documents completely sealed. I respectfully request the courts assistance in this important and urgent matter. Thank you for your time and consideration.

Respectfully yours,

Ms. Loredana Tomici

x *Loredana Tomici*