UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
LOREDANA TOMICI

          v

NEW YORK CITY DEPARTMENT OF
EDUCATION
----------------------------------------------X

ORDER
CV11-2173

**Jack B. Weinstein, Senior United States District Judge**

      Plaintiff's pro se letter motion to seal document number 48 on the court's docket sheet is granted. The Clerk of Court is requested to seal the document.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 3/6/14